UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

SHENG-WEN CHENG,

                Plaintiff,

      v.

UNITED STATES OF AMERICA,

                Defendant.

---

No.

Hon.

COMPLAINT

JURY TRIAL
DEMANDED

**RECEIVED**

JUL 18 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

## <u>PRELIMINARY STATEMENT</u>

1. Plaintiff Sheng-Wen Cheng ("Plaintiff Cheng"), commences this action against Defendant United States of America ("Defendant United States"), to assert Eighth Amendment failure to protect claim, and tort claims of negligence and negligent and intentional infliction of emotional distress.

2. On April 25, 2022, Plaintiff Cheng was assaulted and stabbed by another prisoner around 3:00am with a kitchen knife, when Plaintiff Cheng was asleep in his dorm cell at Federal Correctional Institution Fort Dix ("FCI Fort Dix") of Joint Base MDL, New Jersey.

3. The Stabbing incident occurred because of the asain-hate and dangerous environment that Plaintiff Cheng was living in, and the long history of deliberate indifference toward prisoners' safety demonstrated

by prison officials at FCI Fort Dix.

4. Because of the stabbing incident, Plaintiff Cheng has suffered physical injuries and severe emotional distress till present.

5. Accordingly, Plaintiff Cheng commences this action to seek declaratory relief that Defendant United States had failed to protect Plaintiff Cheng and thus violated Plaintiff Cheng's Eighth Amendment right; to seek injuctive relief to require Defendant United States to improve the security measures at FCI Fort Dix immediately, or close down FCI Fort Dix entirely; and to seek compensatory and punitive damages against Defendant United States.

## ADMINISTRATIVE REMEDY

6. Defendant United States, received the tort claim submitted by Plaintiff Cheng (Exhibit A), acknowledged it (Exhibit B), and never made a final decision after the deadline had passed in April of this year (2023).

## JURISDICTION

7. This Court has jurisdiction under 28U.S.C.1331, 1343(a)(3), and 1346.

8. The sovereign immunity of Defendant United States is waived

under 28U.S.C.1346.

9. Plaintiff Cheng's claims for declaratory and injunctive relief are authorized by 28U.S.C.2201, 2202, 2283, and 2284, and Rule 65 of the Federal Rules of Civil Procedure.

## VENUE

10. Venue is proper under 28U.S.C.1391(b)(2).

## JURY DEMANDED

11. Plaintiff Cheng demands trial by jury in this action on each and every one of the claims.

## PARTIES

12. Plaintiff Sheng-Wen Cheng, is a federal prisoner currently incarcerated at Rochester, Minnesota; but was incarcerated at FCI Fort Dix when the incidents described in this complaint occurred.

13. Defendant United States, is the federal government that is responsible for the incidents described herein that occurred at FCI Fort Dix.

## COUNT I

### EIGHTH AMENDMENT FAILURE TO PROTECT

14. Incorporate paragraphs 1 to 13.

15. FCI Fort Dix has a long history of prisoners assaulting and attacking each others, because of the lack of security measures taken by the prison officials, including but not limited to, lack of locks on cell-doors, lack of security camera in housing units, and lack of guards.

16. Also, the problem is exacerbated by the deliberate indifference to prisoners' safety demonstrated by the prison officials at FCI Fort Dix. Prison offcials at FCI Fort Dix were well aware of all the prisoner assault incidents, but refused to take any action.

17. Specifically, at building 5812 of FCI Fort Dix, where Plaintiff Cheng was housed at, prisoners assaulting and attacking each others were common. Most significant attack among the all, was a prisoner being stabbed by another prisoner in his left eye and thus lost his sight, just a few months before Plaintiff Cheng's arrival in November of 2022.

18. Nevertheless, despite this serious incident, no security measures were improved by building manager K. Byrd and other senior prison officials at FCI Fort Dix. Thus, prisoner assaults and attacks continued to be rampant at building 5812 after Plaintiff Cheng's arrival.

19. Since the arrival in November of 2022 at building 5812, Plaintiff Cheng continuously received racist and disparaging comments from other prisoners because PLaintiff Cheng is Asian. Also, once other prisoners found out that Plaintiff Cheng was convicted on fraud charges, numerous extortion attempts were made by other prisoners to Plaintiff Cheng.

20. The prison officials at FCI Fort Dix knew that Plaintiff Cheng was vulnerable to such assault and extortion, because Plaintiff Cheng was already once a victim of such extortion and asain-hate assault when Plaintiff Cheng first arrived at FCI Fort Dix, and was in quarantine with other prisoners in October of 2022.

21. However, prison officials at FCI Fort Dix did not take any action to address the general risks of harms at building 5812 to protect all prisoners at that housing unit, nor did they take any specific actions to protect Plaintiff Cheng. Therefore, the ignorance and deliberate indifference of those prison officials led to Plaintiff Cheng's assault and stabbing incident on April 25, 2022, just five months after Plaintiff Cheng's arrival at building 5812.

22. Accordingly, the failure to protect by the prison officials in charge of security at FCI Fort Dix violates the Eighth Amendment's prohibition to cruel and unusual punishment.

## COUNT II

### NEGLIGENCE

23. Incorporate paragraphs 1 to 13.

24. Defendant United States has a duty of care to protect Plaintiff Cheng, under the Eighth Amendment and 18U.S.C.4042(a)(3).

25. Nevertheless, Defendant United States, through its employees at FCI Fort Dix, breached that duty of care, when they failed to address the general risks of harms to prisoners at FCI Fort Dix, specifically building 5812.

26. Also, Defendant United States, through its employees at FCI Fort Dix, breached that duty of care, when they failed to take any action to protect PLaintiff Cheng, depsite knowing PLaintiff Cheng was vulnerable to any assaults by other prisoners.

27. Thus, because of Defendant United States' breach of its duty of care to protect Plaintiff Cheng, Plaintiff Cheng fell victim to the assault and stabbing incident on April 25, 2022, and suffered injuries on his head, face, neck, chest, arm, hands, and legs.

28. Plaintiff Cheng also has suffered exterme emotional distress till present from the incident and the injuries.

## COUNT III

## NEGLIGENT AND INTENTIONAL INFLICTION

## OF EMOTIONAL DISTRESS

29. Incorporate paragraphs 1 to 13.

30. Defendant United States, has a duty of care to protect Plaintiff Cheng, under the Eighth Amendment and 18U.S.C.4042(a)(3).

31. Nevertheless, Defendant United States, through its employees at FCI Fort Dix, deliberately breached that duty of care, by intentionally ignoring to address the general risks of harms to prisoners at FCI Fort Dix, specifically building 5812, despite numerous prisoner assaults had occurred repeatedly.

32. Also, Defendant United States, through its employees at FCI Fort Dix, deliberately breached that duty of care, by intentionally failing to take any action to protect Plaintiff Cheng, despite knowing Plaintiff Cheng was vulnerable to assaults and attacks by other prisoners.

33. Thus, because of Defendant United States' breach of its duty to protect Plaintiff Cheng, PLaintiff Cheng was stabbed multiple times on April 25, 2022, and has suffered extreme emotional distress since the stabbing incident.

34. Furthermore, the scars caused by the stabbing incident degrade

Plaintiff Cheng's ego and increase Plaintiff Cheng's embarrassment.

35. The emotional distress is extremely severe that it exacerbates Plaintiff Cheng's existing depression and post-traumatic stress disorder.

36. Defendant United States' negligent and intentional breach of its duty to protect Plaintiff Cheng was extreme and outrageous.

37. Accodingly, Plaintiff Cheng has suffered extreme emotional distress till present because of Defendant United States' negligent and intentional breach of its duty to protect Plaintiff Cheng that caused the stabbing event on April 25, 2022.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff Cheng prays that this Court will:

a) Declare Defendant United States failed to protect Plaintiff Cheng and thus had violated Plaintiff Cheng's Eighth Amendment right;

b) require Defendant United States to improve security measures at FCI Fort Dix immediately, or close down FCI Fort Dix completely;

c) award compensatory damages against Defendant United States in an amount to be returned by the jury;

d) award punitive damages against Defendant United States in an amount to be returned by the jury;

e) award the costs of this suits;

f) award attorney's fees; and

g) award any other relief that this Court deems to be equitable, just, and proper.

I declare under the penalty of perjury that the above allegations are true to the best of my knowledge.

Dated: Rochester, Minnesota
     July 6 , 2023

Respectfully Submitted,

Sheng-Wen Cheng
No. 05261-509
Federal Medical Center
PMB 4000
Rochester, MN, 55903